W. Eric Pilsk (Pro Hac Vice)
Peter J. Kirsch (Pro Hac Vice)
Steven L. Osit (Pro Hac Vice)
KAPLAN KIRSCH & ROCKWELL, LLP
1634 I Street N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 955-5600
epilsk@kaplankirsch.com
pkirsch@kaplankirsch.com
sosit@kaplankirsch.com

J. Mark Smedley (Utah Bar No. 06442)
Heber City Attorney
75 North Main
Heber City, UT 84032
Telephone: (435) 654-4600
msmedley@heberut.gov

**Attorneys for Defendants
Heber City and Denis
Godfrey**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AH Aero Service, LLC dba OK3 AIR,<br><br>Plaintiff,<br><br>v.<br><br>Heber City, a municipal corporation; Paul Boyer, an individual, in his individual and official capacity; and Denis Godfrey, an individual, in his individual and official capacity,<br><br>Defendant. | **ORDER GRANTING DEFENDANTS HEBER CITY AND DENIS GODFREY'S MOTION TO FILE THEIR RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT AND SUPPORTING EXHIBITS UNDER SEAL**<br><br><br>Civil No. 2:17-CV-01118<br><br>District Judge Howard Nielsen, Jr.<br>Magistrate Judge Daphne A. Oberg |

1

The Court, having reviewed Defendants Heber City and Denis Godfrey's Motion to File Portions of Their Respective Motions for Summary Judgment Under Seal [ECF No. 165] and good cause appearing, hereby grants the motion and ORDERS that the Motions for Summary Judgment and supporting Exhibits 77, 101, 102, 103, 104, and 106 be filed under seal.

DATED this ___ day of _____, 2020.

                            BY THE COURT:

                            _____
                            Honorable Daphne A. Oberg
                            District Court Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Craig A. Hoggan
Joelle S. Kesler
DART ADAMSON & DONOVAN
257 East 200 South, Suite 1050
Salt Lake City, Utah 84111
choggan@dadlaw.net
jkesler@dadlaw.net

Joseph E. Wrona
Cade Whitney
WRONA DUBOIS PLLC
1745 Sidewinder Dr
Park City, UT 84060
wrona@wdlawfirm.com
bowman@wdlawfirm.com

　　　　　　　　　　　　　　　　　　*/s/ Steven L. Osit*
　　　　　　　　　　　　　　　　　　Steven L. Osit

　　　　　　　　　　　　　　　　　　*Attorney for Defendant Heber City*
　　　　　　　　　　　　　　　　　　*And Denis Godfrey*