# EXHIBIT F

# MOTIONS TO DISMISS

Craig A. Hoggan (8202)
Jonathan W. Gold (15143)
DART ADAMSON & DONOVAN
257 East 200 South, Suite 1050
Salt Lake City, Utah 84111
Telephone: (801) 521-6383
Attorneys for Plaintiff
choggan@dadlaw.net
jgold@dadlaw.net

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AH Aero Service, LLC dba OK3 AIR, <br><br> Plaintiff, <br><br> v. <br><br> Heber City, a municipal corporation; Paul Boyer, an individual, in his individual and official capacity; and Denis Godfrey, an individual, in his individual and official capacity, <br><br> Defendant. | STIPULATED MOTION FOR DISMISSAL <br><br><br> Civil No. 2:17-CV-01118-HCN-DAO <br><br> Judge Howard C. Nielson, Jr. |

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by and through their counsel, hereby stipulate and request that all claims in the above-referenced matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**DATED** this 30th day of June, 2023.

                DART ADAMSON & DONOVAN

                /s/ Craig A. Hoggan
                Craig A. Hoggan
                Jonathan W. Gold
                Attorneys for Plaintiff

**DATED** this 30th day of June, 2023.

                KAPLAN KIRSCH & ROCKWELL LLP

                /s/ Steven L. Osit (signed with permission)
                Peter J. Kirsch
                W. Eric Pilsk
                Steven L. Osit
                Attorneys for Heber City & Denis Godfrey

**DATED** this 30th day of June, 2023.

                WRONA LAW

                /s/ Joseph E. Wrona (signed with permission)
                Joseph E. Wrona
                Attorneys for Paul Boyer